IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00266-MOC-WCM

| | | |
|---|---|---|
| DEBRA RAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court *sua sponte* for case management purposes. Having reviewed the docket in detail, the undersigned concludes that a hearing on Plaintiff's Motion for Leave to Amend Complaint (Doc. 8) and Defendant's Motion for Miscellaneous Relief (Doc. 17), and a status conference should be conducted. Accordingly, the clerk is respectfully directed to schedule these proceedings.

The parties are advised that the initial issue that will be discussed is whether the Court may exercise subject matter jurisdiction in this case. In that regard, the parties are further advised that they should be prepared to present any additional information they deem relevant on that topic.

It is so ordered.

Signed: March 16, 2023

*[signature]*

W. Carleton Metcalf
United States Magistrate Judge