UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-266-MOC-WCM

| | | |
|---|---|---|
| DEBRA RAINES, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MICHAEL DAVIS, pro se, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on Defendant's Motion for Reconsideration (Doc. No. 36) of an Order of the Honorable W. Carleton Metcalf, U.S. Magistrate Judge, remanding the action to state court.

Defendant's motion is **DENIED**. As the magistrate judge explained in the prior Order, the Court lacks subject matter jurisdiction. Defendant has not presented any reason to overrule this finding.

**IT IS SO ORDERED**.

Signed: August 7, 2024

Max O. Cogburn Jr
United States District Judge

Case 1:22-cv-00266-MOC-WCM   Document 41   Filed 08/07/24   Page 1 of 1